

**John M. Hyams**, *Esquire*
jmh@johnhyamslaw.com

**Law Offices Of
John M. Hyams**

**Amelia C. Berdanier**, *Paralegal*
acb@johnhyamslaw.com

**Karla E. Flores**, *Legal Assistant*
kef@johnhyamslaw.com

April 14, 2025

Honorable Mark J. Conway
US Bankruptcy Court
Max Rosenn US Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

Re: **Letter Brief**
**Chapter 13 Bankruptcy**
**Denice L. Rouse**
**Case No.: 4:25-bk-00774-MJC**

Dear Judge Conway:

This Letter Brief is written to address the issue in the above case whether a second, concurrent filing of Chapter 13 would render that second filing bad faith. The case at bar is identical to the case of in **Re: Timothy Lee Wilkinson and Christine Marie Wilkinson** 1:19-bk-03021-HWV. In both instances, Debtors were formerly represented by counsel who failed to respond to motions for relief from the automatic stay. After the failure to answer these motions the **Wilkinson** Debtors and also Debtor Denice L. Rouse did seek new counsel to help overcome the missed deadlines. In both cases, the new attorneys (including the undersigned) opted to file a second, concurrent case. There is no evidence in the present case that the Debtor timed her filing to avoid the impact of Section 109(g)(2). As such, similar to the Debtor in re Wilkinson, there is no existence of bad faith and the case docketed to 4:25-bk-0774-MJC should survive. A subsequent Motion to Dismiss the case docketed 4:24-bk-01594-MJC will be filed expeditiously following the hearing on April 17, 2025.

Very truly yours,

LAW OFFICES OF JOHN M. HYAMS

John M. Hyams
JMH:acb
Enclosure

2023 N. 2nd Street • Harrisburg, PA 17102 • 717-520-0300
5000 Ritter Road, Mechanicsburg, PA 17055
1099 W. Governor Road, Hershey, PA 17033

Case 4:25-bk-00774-MJC    Doc 15    Filed 04/14/25    Entered 04/14/25 16:46:04    Desc
Main Document    Page 1 of 1